UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ANTONIO AMBROSELLI,

               Plaintiff,             07 CV 10452 (GJ)(RLS)

   -against-                    **RULE 7.1(a) DISCLOSURE**

THE LONG ISLAND RAIL ROAD COMPANY,

               Defendant.

----------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant states that Defendant is a New York State public benefit corporation organized under the laws of the State of New York. Defendant is a subsidiary of the Metropolitan Transportation Authority ("MTA"). Other subsidiaries of the MTA are MTA Metro-North Commuter Railroad, MTA New York City Transit, MTA Long Island Bus, and MTA Bridges and Tunnels.

Dated: Jamaica, New York
       December 24, 2007                                      Sean P. Constable (SC3472)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANTONIO AMBROSELLI,

                Plaintiff,                07 CV 10452 (GJ)(RLS)

     -against-                     **ANSWER**

THE LONG ISLAND RAIL ROAD COMPANY,

                Defendant.

------------------------------------x

**S I R S :**

    Defendant, The Long Island Rail Road Company ("LIRR") sued herein as Long Island Railroad Company, by its attorney, MARK D. HOFFER, ESQ., answering the complaint of plaintiff, alleges upon information and belief:

    1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1".

    2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "2" but admits that on September 7, 2006 plaintiff was a employee of the defendant.

    3.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6".

    4.    Denies the allegations contained in paragraphs "7", "8", "9" and "10" of the plaintiff's complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5.     Upon information and belief, that if the plaintiff was injured as is alleged in the Complaint, he was injured in whole or in part by reason of his own negligence and without any fault or any negligence on the part of the defendant, its agents, servants and/or employees, and the defendant did not violate any statutes enacted for the safety of its employees.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6.     Plaintiff has failed to mitigate his damages.

WHEREFORE, defendant demands judgment of this court dismissing the complaint in its entirety, plus the costs and disbursements of this action.

Dated:  Jamaica, New York
        December 24, 2007

*MARK D. HOFFER, ESQ.*

*Vice President/General Counsel & Secretary*
Attorney for Defendant

BY: _____
**Sean P. Constable (SC3472)**
LIRR Law Department - 1143
Jamaica Station
Jamaica, New York  11435-4380
(718) 558-7760
File No. JN-6374/L06000748

TO:  **SABLE & GOLD**
     Attorneys for Plaintiff
     450 Seventh Avenue, Ste. 1901
     New York, New York  10123
     (212) 244-2740