UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

ANTONIO AMBROSELLI,

              Plaintiff,

    -v-

LONG ISLAND RAILROAD COMPANY,

              Defendant.

------------------------------------------X

07 Civ. 10452
(DLC)(RLE)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-08

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _X_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute* | ___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ Habeas Corpus |
| ___ Settlement* | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

\*   Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
              January 9, 2007

_____
DENISE COTE
United States District Judge