```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO AMBROSELLI,

                Plaintiff,

- against -

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.

**ORDER**

07 Civ. 10452 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 26, 2008,

**IT IS HEREBY ORDERED** that all discovery shall be completed by **May 30, 2008.**

**IT IS FURTHER ORDERED** that the Parties appear before the Court for a subsequent conference on **June 3, 2008, at 10:00 a.m.**

**SO ORDERED this 26th day of February 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge