UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

ANTONIO AMBROSELLI,

          Plaintiff,

- against -

THE LONG ISLAND RAILROAD COMPANY,

          Defendant.

ORDER

07 Civ. 10452 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on June 3, 2008, and upon joint application by the Parties,

**IT IS HEREBY ORDERED** that the discovery deadline is extended from May 30, 2008, to July 18, 2008.

**SO ORDERED this 3rd day of June 2008**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge