Jamaica Station　　　　Helena E. Williams
Jamaica, NY 11435-4380　President
718 558-7400





August 5, 2008



Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

                Re:    Ambroselli vs. The Long Island Rail Road
                        07-CV-10452 (RLE)

Your Honor:

      I represent the defendant in the above-captioned matter. I am writing to respectfully request a further 45 day extension of the July 18, 2008 discovery deadline and extension of the Pre-Trial Order presently due on August 18, 2008. The Court previously extended discovery from May 30, 2008 to July 18, 2008. Since that time, the defendant served its responses to plaintiff's demand for interrogatories and surveillance and witness information on June 20, 2008. Defendant advised the plaintiff of two witnesses with knowledge of the plaintiff's accident. To date, however, the plaintiff's counsel has not served the defendant with a notice of deposition or contacted the LIRR to set up deposition dates.

      Plaintiff's counsel, Frederic M. Gold, Esq., joins me in the application to seek a further extension of discovery in order to complete the outstanding depositions and conduct a physical examination of the plaintiff. If Your Honor permits, we would like to conduct the deposition of the parties on August 13, 2008 and hold the physical examination of the plaintiff on or before August 29, 2008.

      The Court's consideration in this matter is greatly appreciated.

*Extension for discovery deadline granted to 9/2/08.*
*Pre-trial order due by 10/2/08.*

**SO ORDERED**
/s/ Ronald L. Ellis  8-11-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

Very truly yours,

Karla R. Alston
Karla R. Alston
General Attorney
718-558-8478

cc:    Sable & Gold

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman　　　　　　　　　　Elliot G. Sander, Executive Director and CEO