UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIO AMBROSELLI,

                                   Plaintiff,                      07 cv 10452 (DLE)(RLE)

-against-                                                     NOTICE OF APPEARANCE

THE LONG ISLAND RAIL ROAD COMPANY,

                                  Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Defendant, THE LONG ISLAND RAIL ROAD COMPANY, s/h/a LONG ISLAND RAIL ROAD, by its attorney J. DENNIS McGRATH, ESQ., hereby appears in the above-entitled action also by its in house counsel, KARLA R. ALSTON, ESQ. and demands that all other papers in this action be served upon the undersigned at the office and e-mail address stated below.

Dated:        Jamaica, NY
                 August 15, 2008

                                                                     Yours, etc.

                                                                     J. DENNIS McGRATH, ESQ.
                                                                     Acting General Counsel & Secretary
                                                                     Attorneys for Defendant LIRR

                                                                     By:_____
                                                                        **Karla R. Alston (KA6778)**
                                                                     Law Department - 1143
                                                                     Jamaica Station
                                                                     Jamaica, NY 11435
                                                                     (718) 558-8478
                                                                     kalston@lirr.org
                                                                     File No.: JN-6374/L0600748

TO:     SABLE & GOLD
           Attorney for Plaintiff
           450 Seventh Avenue, Suite 405
           New York, NY 10123